## First Federal Bank, FSB *v.* Richard G. Kastens et al.
### (13768)

Dupont, C. J., and Lavery and Spear, Js.

Submitted on briefs February 16—decision released April 4, 1995

*Richard Kastens,* pro se, the appellant (named defendant), filed a brief.

*Robert G. Golger* filed a brief for the appellee (plaintiff).

Per Curiam. The judgment is affirmed.